**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY RENE JACKSON, | ) NO. CV 14-5195-RGK (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| M.E. SPEARMAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 8, 2015

/s/ Gary Klausner

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE